# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TANYA M. BANKERT,

    Plaintiff,

v.

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

3:18-CV-2164
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 10th DAY OF JANUARY, 2020, upon review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 21) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 21) is **ADOPTED** for the reasons discussed therein.
2. The Commissioner of Social Security's decision is **VACATED**.
3. The case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) to conduct a new administrative hearing.
4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge